UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:18-cv-00061-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY STATE UNIVERSITY, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of Defendants KSU, Brown, Williams, and Mathis; and

2. This is a **FINAL** and **APPEALABLE ORDER**, there is no just cause for delay.

This the 13th day of December, 2021.

Gregory F. Van Tatenhove
United States District Judge